**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEE HERNS,

                Petitioner,                No. C 07-5789 PJH (PR)

    v.                            **ORDER OF TRANSFER**

A. HEDGEPETH, Warden,

                Respondent.

_____/

    This is a habeas case filed pro se by a state prisoner.  Petitioner seeks to challenge a conviction obtained in the Superior Court in and for Fresno County.  Fresno County is in the venue of the United States District Court for the Eastern District of California.  Petitioner is incarcerated at Kern Valley State Prison, which also is in the Eastern District.

    Venue for a habeas action is proper in either the district of confinement or the district of conviction.  28 U.S.C. § 2241(d).  In this case, both are the same, the Eastern District, so venue is proper only there and is not proper here.

    This case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a);  Habeas L.R. 2254-3(b).

    **IT IS SO ORDERED.**

Dated:  November 21, 2007.        _____

                              PHYLLIS J. HAMILTON
                          United States District Judge

G:\PRO-SE\PJH\HC.07\herns5789.trn.wpd